```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE WARRANT EXECUTED AT 2026         :
GLEASON AVE., THE BRONX, NEW YORK      :
ON AUGUST 3, 2020,                     :
:                    22-mc-00278 (LJL)
JONATHAN LINVAL,                       :
:                         ORDER
                    Petitioner,        :
:
        -v-                            :
:
RUBY J. KRAJICK,                       :
:
                    Respondent.        :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a conference on the proposed order to show cause in the above-captioned action on February 10, 2023 at 10:00 A.M. in Courtroom 15C at the 500 Pearl Street Courthouse. Petitioner is directed to serve a copy of this Order on the United States Attorney for the Southern District of New York.

      SO ORDERED.

Dated: February 1, 2023
      New York, New York

                                                    LEWIS J. LIMAN
                                                  United States District Judge