UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
IN RE WARRANT EXECUTED AT 2026 :
GLEASON AVE., THE BRONX, NEW YORK :
ON AUGUST 3, 2020, :
: 22-mc-00278 (LJL)
JONATHAN LINVAL, :
: ORDER
Petitioner, :
:
-v- :
:
RUBY J. KRAJICK, :
:
Respondent. :
:
---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2023
```

LEWIS J. LIMAN, United States District Judge:

    The joint letter motion to adjourn the conference *sine die* is GRANTED.  Dkt. No. 11.  The motion to unseal the warrant and warrant application is GRANTED.  Dkt. No. 3.  The motion for an order to show cause to unseal the federal warrant and application is DENIED as moot.  Dkt. No. 1.  The Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

Dated: February 16, 2023
       New York, New York
                                    LEWIS J. LIMAN
                             United States District Judge